USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lesby Banegas, <br><br> Plaintiff, <br><br> –v– <br><br> The Mirador Corp, et al., <br><br> Defendants. | 14-cv-8491 (AJN) <br><br> ORDER |

ALISON J. NATHAN, District Judge:

On April 28, 2020 the Court ordered Defendants to submit a response to Plaintiff's motion to enforce the settlement agreement by May 8, 2020, or the Court would deem it unopposed. *See* Dkt. No. 39. Defendants' former counsel subsequently responded that his representation ended upon approval of the settlement by the Court, but he was advised that the owner of the defendant business has since died and the defendant business has closed. Dkt. No. 40.

Any remaining Defendants shall respond to Plaintiffs' motion by July 24, 2020. If the Court has not received a response by that date, it will deem Plaintiff's motion unopposed.

Defendants' former counsel is ordered to serve this Order on any remaining Defendants and file proof of service on the public docket by July 6, 2020.

SO ORDERED.

Dated: June 29, 2020
     New York, New York

_____
ALISON J. NATHAN
United States District Judge