USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lesby Banegas,

           Plaintiff,

–v–

The Mirador Corp., *et al.*,

           Defendants.

14-cv-8491 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On June 29, 2020, this Court ordered Defendants' former counsel to serve its Order on any remaining Defendants and to file proof of service on the public docket by July 6, 2020. Dkt. No. 42. As of the date of this Order, the Court has not received proof of service on the remaining defendants. Defendants' former counsel is hereby ordered to file proof of service with the Court within one week of the date of this Order.

SO ORDERED.

Dated: July __9__, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge